**Larry D. MOSLEY, Plaintiff— Appellant,**

v.

**Gene JOHNSON, Director for the Virginia Department of Corrections; Walrath, Mr., Unit Manager; Ms. Massenburg, Grievance Coordinator; S. Hatch, Ms., Fiscal Technician (Business Office); Ms. Rollins, Operations Manager (Claim # 2), Defendants— Appellees,**

and

**John M. Jabe, Deputy Director of Operations; James R. Camache, Deputy Director of Community Operations; David Robinson, Regional Director, VDOC, Defendants.**

No. 11–6927.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

Larry D. Mosley, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry D. Mosley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mosley v. Johnson*, No. 1:09–cv–00992–LO–JFA, 2011 WL 2077804 (E.D. Va. filed May 23, 2011 and entered May 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*